# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## <u>CHANGE OF ADDRESS</u>

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.   If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐       Debtor
      ☐       Attorney [If Applicable:]  Name: _____
      ☐       Creditor
      ***If joint case, please check the appropriate box as set out below:***
      New address is for:           ☐     Husband <u>and</u> Wife
                                    ☐     Husband <u>Only</u>
                                    ☐     Wife <u>Only</u>

      *[If applicable]* Case Name: _____
      *[If applicable]* Case No./Adversary Proceeding No.: _____
      *[If applicable]* Creditor Name: _____

      ☐ Street Address     ☐ Mailing Address
      New Address: _____
                        No. and Street, Apt., P. O. Box or R. D. No.

      City: _____ State: _____ Zip: _____

      ☐ Street Address     ☐ Mailing Address
      Old Address:  _____
                        No. and Street, Apt., P. O. Box or R. D. No.

      City: _____ State: _____ Zip: _____

      Telephone Number: (_____) _____
                        **Please include area code**

                                    _____
                                    Signature of Filer [*check filer type below*]:
                              ☐     Attorney for Debtor
                              ☐     Debtor  ***[If joint case and address is for <u>husband and</u>***
                                    ***<u>wife</u>, both debtors must sign.]***
                              ☐     Creditor
                              ☐     Attorney

Date: _____
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]